# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Arch Insurance Company

                                Plaintiff,

v.                                                       Case No.: 1:12–cv–00786
                                                          Honorable Ruben Castillo

Michaels Stores, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 10, 2012:

      MINUTE entry before Honorable Ruben Castillo:Joint motion to stay proceedings [48] is granted. The Court will stay and dismiss this lawsuit without prejudice in order for the parties to finalize the terms of the settlement. The parties are given until 11/9/2012 to file a settlement stipulation dismissing this lawsuit with prejudice or move to reinstate this lawsuit. Defendant's motion for partial summary judgment [26] and Plaintiff's motion for summary judgment [29] are denied without prejudice to their renewal if this lawsuit is reinstated. The motion hearing set for 9/12/2012 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.